UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN CRAGE,

                Plaintiff,

-against-

THE SCHWARTZMAN ANIMAL MEDICAL
CENTER, et al.,

                Defendants.

No. 23-CV-8893 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    After the mediation conference scheduled for February 22, 2024, in the above-captioned case, the parties shall file a joint update notifying the Court of the outcome of the conference and the parties' positions on the need for a pre-motion conference to address Plaintiff's letter request for leave to file an amended complaint, (see dkt. no. 25).

**SO ORDERED.**

Dated:    February 14, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge