UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN CRAGE,<br><br>      Plaintiff,<br><br>-against-<br><br>THE SCHWARTZMAN ANIMAL MEDICAL CENTER, et al.,<br><br>      Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  Plaintiff, counsel for Plaintiff, counsel for Defendants, and a representative for Defendants with authority to make business decisions on Defendants' behalf shall appear for a settlement conference at 12:00 p.m. on April 11, 2024. The settlement conference shall take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated: April 2, 2024
     New York, New York

                *Loretta A. Preska*
                LORETTA A. PRESKA
                Senior United States District Judge