

**LAW OFFICES OF JIMMY M. SANTOS, PLLC**

*Civil Rights, Labor & Employment, & Civil Litigation*

---

Jimmy M. Santos, Esq.  
Phone (845) 537-7820  
Email: jmssesq@gmail.com  
www.nycivilrightslaw.com

28 Wilson Place  
Cornwall, New York 12518  
Fax: (845) 595-2266

April 10, 2024

**VIA ECF**

The Hon. Loretta A. Preska  
United States District Court  
Southern District of New York  
United States Courthouse  
500 Pearl Street, Room 2220  
New York, NY 10007

> The settlement conference is adjourned <u>sine die</u>. The parties shall notify the Court by April 15, 2024, of proposed dates on which to hold the conference. The Clerk of the Court shall close docket entries 31 and 32.
>
> **SO ORDERED.**
>
> *Loretta A. Preska* (signature)
> _____
> LORETTA A. PRESKA, U.S.D.J.
> 04/10/2024

Re: *Kristin Crage v. The Schwartzman Animal Medical Center, et al.*
Civil Action No 23-CV-08893 (LAP)

Dear Judge Preska:

    I represent the Plaintiff, Ms. Kristin Crage, in the above case. Pursuant to Rule I(E) of Your Honor's Individual Rules of Practice, due to a family emergency (i.e., I had to take my mother earlier this afternoon to the hospital because of a complication of my mother's congestive heart failure condition and need to be with her tomorrow), I ask that Your Honor re-schedule tomorrow's settlement conference to a later date.

    This is the first time that the undersigned or defense counsel has requested an adjournment. I'm presently awaiting defense counsel as to whether he consents to this request for an adjournment.

    Thank you for Your Honor's attention to this matter.

Respectfully Submitted,

*/S/ Jimmy M. Santos*
Jimmy M. Santos, Esq. (JS-0947)

Cc: All Counsel of Record (via ECF)

1