UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN CRAGE,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE SCHWARZMAN ANIMAL MEDICAL<br>CENTER, et al.,<br><br>                    Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in the above-captioned case is hereby scheduled for August 5, 2024.  The parties shall submit a proposed schedule for filing motions in limine, oppositions to motions in limine, joint proposed jury instructions, and proposed voir dire questions no later than June 24, 2024.


**SO ORDERED.**

Dated:    May 22, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge