

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MICHAEL A. CURLEY | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1063 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 215 501 5708 | PITTSBURGH |
| LOS ANGELES | E-MAIL: MCurley@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

<u>VIA ECF</u>

June 11, 2024

The Honorable Loretta A. Preska
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     *Crage v. The Schwarzman Animal Medical Center, et al.*,
         <u>S.D.N.Y. Case No. 1:23-cv-08893-LAP    </u>

Dear Judge Preska:

      My firm and I are counsel for Defendants in the above-referenced action. Pursuant to the Court's Local Rules, I submit this letter on Defendants' behalf in response to Plaintiff's letter motion of June 4, 2024 (Docket No. 37). While Defendants recognize and appreciate the Court's intentions as to cost and time savings for the parties in its Order dated May 22, 2024, under the circumstances Defendants do not oppose Plaintiff's motion as to that Order. Further, Defendants join Plaintiff in requesting an initial conference before the Court to discuss scheduling of discovery and other matters as the case prepares to move forward.

                                            Respectfully submitted,

                                            */s/ Michael A. Curley*

                                            Michael A. Curley

cc:  Jimmy M. Santos, Esq.

DM2\19723848

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000    FAX: +1 212 692 1020