UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN CRAGE,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al.,<br><br>　　　　　　Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the letter motion filed by Plaintiff, dated June 4, 2024, (see dkt. no. 37), as well as Defendants' letter response, dated June 11, 2024, (see dkt. no. 38).  The trial in the above-captioned case, previously scheduled for August 5, 2024, is hereby adjourned until the parties conclude discovery.

　　Counsel for the parties shall appear via telephone for an Initial Pretrial Conference at 10:00 a.m. on June 17, 2024.  The dial-in for the conference in (877) 402-9753, access code 6545179.  The parties shall have until July 1, 2024, to file a proposed case management plan.

**SO ORDERED.**

Dated:　　June 11, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　Senior United States District Judge