UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN CRAGE,<br><br>            Plaintiff,<br><br>-against-<br><br>THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al.,<br><br>            Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Given the Court's familiarity with the parties' pleadings and respective positions following the settlement conference held on May 21, 2024, the Initial Pretrial Conference previously scheduled for 10:00 a.m. on June 17, 2024, is hereby cancelled.  The parties shall still file a proposed case management plan no later than July 1, 2024.

**SO ORDERED.**

Dated:     June 13, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge