UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristen A. Crage,<br><br>                    Plaintiff,<br><br>-against-<br><br>The Scwartzman Animal Medical Center, et al.,<br><br>                    Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The settlement conference scheduled for November 4, 2024 at 10:00 a.m. is adjourned to November 20, 2024 at 10:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    October 31, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1