UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| KRISTIN CRAGE, | |
| --- | --- |
| Plaintiff, | No. 23-CV-8893 (LAP) |
| -against- | ORDER |
| THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

As agreed during the settlement conference held today, the parties shall appear for a teleconference at 12:00 p.m. on December 2, 2024, using the dial-in (855)244-8681, access code: 23190063202.

**SO ORDERED.**

Dated:  November 20, 2024
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge