UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTIN CRAGE,

        Plaintiff,

-against-

THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al.,

        Defendants.

---

No. 23-CV-8893 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As agreed during the teleconference held yesterday, the parties shall update the Court by letter regarding the status of settlement negotiations, no later than December 9, 2024. If a settlement has not been reached, the parties shall submit a proposed discovery plan that is proportionate to the needs of the case for the Court's consideration, on or before December 9, 2024.

**SO ORDERED.**

Dated:    December 3, 2024
           New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge