UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN CRAGE,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al.,<br><br>                    Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter motion seeking permission to take four additional depositions (see dkt. no. 61), Defendants' letter in opposition to Plaintiff's request (see dkt. no. 62), and Plaintiff's letter in reply (see dkt. no. 63).

    On January 8, 2025, the Court ordered the parties to complete fact depositions by March 13, 2025, and to confer as to the persons to be deposed and the order of depositions, with the understanding that the Plaintiff's deposition will be first and with the parties doing depositions by turn from there unless otherwise agreed. (See dkt. no. 57 at 1.)  The Court permitted Plaintiff and Defendants to each "take up to two depositions without leave of the Court, which will only be granted on good cause shown considering the scope of the case and what is necessary and proportional.  The depositions by each side may be full-day depositions (that is, up to seven hours of testimony), and the parties may apply to the

Court by letter for permission to take additional depositions." (Id. at 1-2.)

Plaintiff's request to conduct four additional depositions is DENIED without prejudice to renewal after the completion of each side's allotted two depositions.  Plaintiff has failed to demonstrate good cause to conduct any additional depositions, considering no depositions have yet taken place.  (See dkt. no. 62 at 1.)  The factual topics addressed in the first four depositions may well overlap with the topics Plaintiff seeks to explore with the four additional deponents, rendering this testimony duplicative.  Moreover, the Court is mindful that additional depositions may not be proportional to the needs of the case.

**SO ORDERED.**

Dated:    January 23, 2025
          New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge