```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KRISTIN CRAGE,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al.,<br><br>                    Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's second letter motion seeking permission to take four additional depositions (see dkt. no. 68) and Defendants' letter in opposition to Plaintiff's request (see dkt. no. 69).

    On January 23, 2025, this Court denied Plaintiff's first letter application seeking permission to take four additional depositions "without prejudice to renewal after the completion of each side's allotted two depositions." (Dkt. no. 64.) The Court explained that "Plaintiff [had] failed to demonstrate good cause to conduct any additional depositions, considering no depositions [had] yet taken place" and "[t]he factual topics addressed in the first four depositions may well overlap with the topics Plaintiff seeks to explore with the four additional deponents, rendering this testimony duplicative." (Id.)

    Plaintiff's second letter application does not state that any depositions have occurred, and Defendants assert in their

opposition letter that that "Plaintiff renewed the application . . . despite no depositions occurring." (Dkt. no. 69.) Accordingly, Plaintiff has failed to demonstrate good cause to conduct the additional depositions at this time and Plaintiff's request is DENIED.

**SO ORDERED.**

Dated:    February 28, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge