UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN CRAGE,<br><br>               Plaintiff,<br><br>-against-<br><br>THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al.,<br><br>               Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference currently scheduled for June 16, 2025 at 10 a.m. will be held on the same day, June 16, 2025, but will begin at 10:30 a.m. in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    June 9, 2025
             New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge