UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN CRAGE,

               Plaintiff,

-against-

THE SCHWARZMAN ANIMAL MEDICAL CENTER, et al.,

               Defendants.

No. 23-CV-8893 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's counsel's letter request to adjourn the conference currently scheduled for June 16, 2025. (See dkt. no. 81.) In order for the conference to occur following the depositions scheduled for June 17 and 18, 2025, the conference is adjourned to June 23, 2025 at 10:30 a.m. in Courtroom 12A, 500 Pearl Street, New York, NY 10007. As Plaintiff's counsel has acknowledged in his letter, Plaintiff may seek leave from the Court to take additional depositions, which will only be granted on good cause shown considering the scope of the case and what is necessary and proportional. The Clerk of the Court shall close docket number 81.

**SO ORDERED.**

Dated:    June 10, 2025
           New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge