

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

June 11, 2025

**VIA ECF**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

      Re:    Kristin Crage v. The Schwartzman Animal Medical Center, et al.
               Civil Action No.: 23-CV-08893 (LAP)

Dear Judge Preska:

      We represent the Defendants in the above-captioned matter. I write, with the consent of Plaintiff's counsel, to request that the conference scheduled for June 23, 2025, be rescheduled to a later date. On June 10, Plaintiff's counsel requested that the Court reschedule the conference then scheduled for June 16 (ECF Dkt. 81) and the Court granted that request and moved the conference to June 23 (ECF Dkt. 82). Unfortunately, I will be in an arbitration before a JAMS tribunal on June 23 and June 24. As such, I respectfully request that the conference be adjourned. I conferred with Plaintiff's counsel and the parties are available on June 25, June 26, and June 27. The parties are also available July 1, July 2, July 9, July 10, and July 11 for a virtual appearance as I will be out of state from June 30-July 13.[1]

      We thank the Court for its time and attention to this matter.

---

[1] The parties are also amenable to appearing virtually on June 25, June 26, and June 27.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

158603883.1

Honorable Loretta A. Preska, U.S.D.J.
June 11, 2025
Page 2

>Respectfully submitted,
>
>/s/ Brian Pete
>
>BRIAN PETE of
>LEWIS BRISBOIS BISGAARD & SMITH LLP

Cc:
All counsel of record (via ECF)

```
The pre-trial conference currently scheduled for June 23, 2025 is
adjourned to June 25, 2025 at 10:30 a.m. in Courtroom 12A.  The
Court reiterates that trial is scheduled to begin on July 7, 2025
at 10:00 a.m.  The Clerk of the Court shall close docket number
83.

SO ORDERED.

Dated: June 12, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.

158603883.1