UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN CRAGE,

                    Plaintiff,

-against-

THE SCHWARZMAN ANIMAL MEDICAL
CENTER, et al.,

                    Defendants.

No. 23-CV-8893 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiff's letter motion requesting the Court reconsider its decision denying Plaintiff's request to depose non-party Emily Brill (dkt. nos. 91, 92) and Defendants' letter in opposition (dkt. no. 93). Plaintiff argues that Ms. Brill's testimony would be relevant to determining whether Plaintiff was terminated for sending confidential information to Ms. Brill, asserting that the claim Plaintiff did so is false. (Dkt. no. 91 at 2.) However, Plaintiff did not dispute, either at the teleconference on July 8, 2025 or in her letter motion, that the communications between herself and Ms. Brill where confidential information was allegedly disseminated occurred over email. In addition, the fact that Ms. Brill alerted Defendants that Plaintiff was communicating with her, prompting the investigation that led to her termination, is already in the record, and these very communications are cited in Plaintiff's letter motion. (See id.) Accordingly, Plaintiff has failed to

demonstrate that Ms. Brill's deposition testimony would be in any way relevant to Defendants' reason for firing Plaintiff or her claim of retaliation.

Plaintiff also argues that texts between Ms. Brill and Defendants demonstrate Ms. Brill received certain AMC gear from Defendants. But Plaintiff provides no reason to suggest these items indicate Ms. Brill's testimony would shed light on Defendants' reason for terminating Plaintiff or would be relevant to her retaliation claim.

Accordingly, Plaintiff has failed to demonstrate the Court should disturb its decision to deny the request to depose Ms. Brill. Plaintiff's letter motion for reconsideration (dkt. nos. 92, 92) is DENIED. The Clerk of the Court shall close docket numbers 91 and 92.

**SO ORDERED.**

Dated:     July 28, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge