UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN CRAGE,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE SCHWARZMAN ANIMAL MEDICAL<br>CENTER, et al.,<br><br>                    Defendants. | No. 23-CV-8893 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff moves to dismiss this action.  (See dkt. no. 108.) Plaintiff's motion is GRANTED.  Furthermore, as discussed and consented to by all parties in the teleconference this morning, pursuant to Fed. R. Civ. P. 41(a)(2), this case is dismissed against all Defendants with prejudice.  In addition, Defendants' motion to redact from the docket the proposed settlement amount from Plaintiff's letter correspondence, (see dkt. no. 107), is GRANTED.  The Clerk of the Court shall mark all other pending motions in this matter denied as moot.

**SO ORDERED.**

Dated:    November 25, 2025
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge